NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NORMAN SHERMAN, DOC #526251,    )
                                )
          Appellant,            )
                                )
v.                              )          Case No. 2D18-199
                                )
STATE OF FLORIDA,               )
                                )
          Appellee.             )
                                )
_____ )

Opinion filed November 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

PER CURIAM.

          Affirmed.

KHOUZAM, CRENSHAW, and ATKINSON, JJ., Concur.